IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MARK GROBA,** | § | |
| *Plaintiff,* | § § § | CASE NO. 1:25-CV-00991-ADA-ML |
| v. | § § | |
| **STATE FARM LLOYDS,** | § § | |
| *Defendant.* | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane (Dkt. 20). The report recommends that Defendant State Farm Lloyds' 12(b)(6) Motion for Dismissal (Dkt. 14) is **GRANTED-IN-PART** and **DENIED-IN-PART.** Specifically, the report recommends the motion be **GRANTED** as to Plaintiff Groba's Texas Insurance Code Chapter 541 claims in Plaintiff's First Amended Complaint (Dkt. 13) based on alleged misrepresentations and those claims in Plaintiff's First Amended Complaint be dismissed **without prejudice**. The report was filed on September 11, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 20) is **ADOPTED**.

**IT IS FURTHER ORDERED** Defendant State Farm Lloyds' 12(b)(6) Motion for Dismissal (Dkt. 14) is **GRANTED-IN-PART** and **DENIED-IN-PART.** Specifically, the Motion is **GRANTED** as to Plaintiff Groba's Texas Insurance Code Chapter 541 claims in Plaintiff's First Amended Complaint (Dkt. 13) based on alleged misrepresentations and those claims in Plaintiff's First Amended Complaint are **ORDERED** to be **DISMISSED WITHOUT PREJUDICE.**

**SIGNED** this 17th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE