**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Mark Groba,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-CV-991-ADA-ML** |
| | § | |
| | § | |
| **State Farm Lloyds,** | § | |
| *Defendant.* | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 29. Judge Lane recommends that this Court **GRANT-IN-PART and DENY-IN-PART** State Farm's 12(b)(6) Motion for Dismissal and Brief in Support (Dkt. 22). *Id.* at 9. Specifically, the report recommends **GRANTING** the Motion as to Groba's Texas Insurance Code Chapter 541 claims based on alleged misrepresentations should be **DISMISSED WITH PREJUDICE**, and **DENYING** the Motion as to Groba's Texas Insurance Code Chapter 541 claims based on claims handling, Sections 541.060(a)(2), (3), and (7). *Id.* at 10. The report was filed on March 11, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 29) is **ADOPTED**.

**IT IS FURTHER ORDERED** that State Farm's 12(b)(6) Motion for Dismissal and Brief in Support (Dkt. 22) is hereby **GRANTED-IN-PART and DENIED-IN-PART.** Specifically, Groba's Texas Insurance Code Chapter 541 claims based on alleged misrepresentations are hereby **DISMISSED WITH PREJUDICE.** State Farm's Motion is hereby **DENIED** as to Groba's Texas Insurance Code Chapter 541 claims based on claims handling, Sections 541.060(a)(2), (3), and (7). Accordingly, Groba's breach of contract, Chapter 542, and Chapter 541 claims handling claims remain live.

**SIGNED** this 29th day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE